UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CHESTER TSANG, On behalf of Himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, JACK LAI and QUQUANG YAO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 07-CV-8706-JGK<br><br>ECF CASE<br><br>**Rule 7.1 Statement** |
|---|---|---|

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Chester Tsang_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    There are no corporate parents, affiliates or subsidiaries.

Date: __10/05/2007__             __s/William B. Federman__
                                                 William B. Federman, # WF 9124
                                                 FEDERMAN & SHERWOOD
                                                 10205 N. Pennsylvania
                                                 Oklahoma City, OK 73120
                                                 (405) 235-1560/FAX: (405)239-2112
                                                 _wfederman@aol.com_