UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CHESTER TSANG, On behalf of Himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, JACK LAI and QUQUANG YAO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 07-CV-8706-JGK<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff.

November 16, 2007                               Respectfully Submitted,

/s/ William B. Federman
William B. Federman
Attorney for Co-Lead Plaintiffs
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Fax: (405) 239-2112
wfederman@aol.com

1