AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

CHESTER TSANG, on behalf of himself and all others similarly situated,

V.

LDK SOLAR CO., LTD, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8706**

**JUDGE KOELTL**

TO: (Name and address of Defendant)

LDK Solar Co., LTD
c/o Jack Lai, Agent for Service of Process for LDK Solar Co., LTD
1290 Oakmead Pkwy Ste 306
Sunnyvale, CA 94085

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          OCT 0 9 2007

CLERK  /s/ Marcos Quintero                   DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE Nov 5, 2007 |
| NAME OF SERVER *(PRINT)* Dianna J. Blea | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service was obtained by certified mail — See attached Exhibit "A"

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 16, 2007        *Dianna J. Blea*
            Date                   Signature of Server

10205 N. Penn. Ave.
Oklahoma City, OK 73120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT "A"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Judy L.*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 11/5/07 |
| 1. Article Addressed to:<br><br>LDK Solar Co., LTD<br>c/o Jack Lai, Service Agent<br>1290 Oakmead Pkwy, Ste. 306<br>Sunnyvale, CA 94085 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7006 0100 0005 2215 7192 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

LDK Solar — Summons/Petition

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 10/31/07 |
| Total Postage & Fees | 7.13 | |

Sent To: LDK Solar Co., LTD
Street, Apt. No.; or PO Box No.: c/o Jack Lai, Service Agent, 1290 Oakmead Pkwy, Ste. 306
City, State, ZIP+4: Sunnyvale, CA 94085

7006 0100 0005 2215 7192

PS Form 3800, June 2002   See Reverse for Instructions